MEMORANDUM ***
Nidia Berenice Figueroa-Zendejas appeals from the district court’s judgment and challenges the 36-month sentence imposed following her guilty-plea conviction for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(l)(A)(vii). We. have jurisdiction under 28 U.S.C. § 1291, and we vacate the sentence and remand for resentencing.
Figueroa-Zendejas contends that the district court committed reversible error by miscalculating the advisory Guidelines range. We review for plain error. See United States v. Vargem, 747 F.3d 724, 727 (9th Cir.2014). The government concedes the Guidelines calculation error, but contends that Figueroa-Zendejas has not shown that the district court’s error was prejudicial. We disagree. Because the district court may have imposed a different sentence had it started its analysis with the correct Guidelines range, we conclude that the court’s error affected Figueroa-Zendejas’s substantial rights. See id. at 728-29. Accordingly, we vacate the sentence and remand for resentencing.
*501 In light of our disposition, we do not reach Figueroa-Zendejas’s other allegations of sentencing error.
VACATED and REMANDED for re-sentencing.

 The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).